## SCHEDULE OF PRETRIAL AND TRIAL DATES

**CASE NAME:** Blair v. United States Department of Homeland Security

**CASE NO.:**    2:26-cv-00417-PD

| Matter | Recommended Number Of Weeks Before FPTC | Stipulated Dates (may differ from recommended) |
|---|---|---|
| Trial Date (**Monday at 8:30 am**) <br> Jury ☐   Bench ☑ <br> Length:  1  to  1  days | n/a | May 24, 2027 |
| Final Pretrial Conf., LR 16; Hearing on Motions *in Limine* (**at 1:30 pm**) <br> ▪ To be filed five court days before: (Proposed) Pretrial Conf. Order; optional *Voir Dire*; Joint Statement of the Case; Joint Witness List; Glossary; Joint Exhibit List | n/a | May 7, 2027 |
| Initial Pretrial Conf. (LR 16)(**at 1:30 pm**) <br> ▪ To be filed 14 calendar days before: Motions *in Limine* (max. 4); Memorandum of Contentions of Fact and Law (LR 16-4); Joint and Disputed Jury Instructions; Verdict Forms <br> ▪ To be filed 7 calendar days before: Oppositions to Motions *in Limine* | 2 | April 23, 2027 |
| Last day to conduct Settlement Conf./ADR (LR 16-15) <br> Choose one: <br> ☑ Magistrate Judge _____ (cleared in advance) <br> ☐ Attorney Settlement Officer Panel <br> ☐ Private ADR | 5 | April 2, 2027 |
| Last day for **hearing** on dispositive motions | 12 | February 12, 2027 |
| Expert Discovery Cut-off | 13 | n/a |
| Expert Disclosure (rebuttal) | 14 | n/a |

Revised Nov. 2025

| | | |
|---|---|---|
| Expert Disclosure (initial) | 16 | n/a |
| All Discovery Cut-off, including hearing on all discovery motions | 18 | n/a |
| Last day to amend pleadings or add parties<br><br>NOTE: Doe Defendants will be dismissed as of this date. | 24 | November 27, 2026 |
| Status Conference (**at 1:30 pm**) | 24<br>(must be held at least six weeks before Discovery Cut-off) | November 27, 2026 |
| Last day for filing motion for class certification (if applicable) | | n/a |
| Hearing on motion for class certification (if applicable) | | n/a |