# Exhibit 2



**U.S. Department of Homeland Security**
Washington, D.C. 20528

*Privacy Office, Mail Stop 0655*

June 1, 2026

**SENT BY ELECTRONIC MAIL TO**: laboni@hoqlaw.com & amber@qureshilegal.com

Laboni A Hoq
Amber N. Qureshi
Hoq Law APC
P.O. Box 753
Pasadena, CA 91030

Re:    Graeme Blair v. DHS (2:26-cv-00417) **(2026-HQLI-00023)**

Dear Counsel:

This is a final determination letter to Graeme Blair's Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated October 10, 2025.

DHS has determined that all records are being withheld in full pursuant to Exemptions 6 and 7(E) of the FOIA.

We have considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance.

If you have any questions regarding this response, please contact Cory Lynn Webster, Assistant United States Attorney, at Cory.Webster@usdoj.gov.

Sincerely,

Meekia Windham
Acting Senior Director, FOIA Litigation & Appeals

Enclosure: 0 pages