UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAEME BLAIR,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>       Defendant. | No. 2:26-cv-00417-PD<br><br>**ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br><br>Honorable Patricia Donahue<br>United States Magistrate Judge |

1

The Court having considered the Stipulation to Extend Briefing Schedule for Summary Judgment, and good cause showing, the Court orders as follows:

    a. Plaintiff shall file his Cross-Motion for Summary Judgment and Opposition to Defendant's Motion by August 6, 2026;

    b. Defendant shall file a Reply/Opposition by August 20, 2026;

    c. Plaintiff shall file any Reply by August 27, 2026.

The cross-motions are set for hearing on **October 2, 2026, at 9:30 a.m.**

    **IT IS SO ORDERED.**

Dated:  July 27, 2026

_Patricia Donahue_

_____
Honorable Patricia Donahue
United States Magistrate Judge

2