Laboni A. Hoq (CA SBN #224140)
*Email: laboni@hoqlaw.com*
Hoq Law APC
P.O. Box 753
South Pasadena, CA 91030
Telephone: (213) 973-9004

Amber Qureshi*
*Email: amber@qureshilegal.com*
Law Office of Amber Qureshi, LLC
6925 Oakland Mills Rd, PMB #207,
Columbia, MD 21045
Telephone: (443) 583-4353

* Admitted *pro hac vice*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GRAEME BLAIR,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Defendant.

No. 2:26-cv-00417-PD

**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT**

Hearing Date: October 2, 2026
Hearing Time: 9:30 a.m.
Ctrm: 580

Honorable Patricia Donahue
United States Magistrate Judge

**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56-1, Plaintiff Graeme Blair respectfully submits this Statement of Uncontroverted Facts in support of his Cross-Motion for Summary Judgment.

| Uncontroverted Fact | Supporting Evidence |
| --- | --- |
| 1. Individual-level data, if produced in a spreadsheet format, typically contains rows that correspond to a person or event and columns that correspond to categories of information (data fields). | Declaration of Cory McCartan ("McCartan Decl.") ¶ 6. |
| 2. Individual-level datasets permit data users to aggregate or summarize the underlying observations according to any specification they choose. | McCartan Decl. ¶¶ 7–8. |
| 3. Aggregate statistics are derived from individual-level data. A correlation or relationship present in aggregate data may not exist or may even be reversed compared to the true relationship in the individual data. Making reliable inferences from aggregate data requires certain assumptions and advanced statistical methods, and may not be possible in many aggregate datasets. | McCartan Decl. ¶¶ 7–8. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 4. Individual-level datasets afford users the flexibility to perform any calculation of their choosing, whereas aggregate statistics disclose only those calculations the data analyst elects to perform. | McCartan Decl. ¶¶ 7–8. |
| 5. Prior to 2025, the Office of Homeland Security Statistics ("OHSS") published monthly reports on aggregate data derived from OHSS's Persist dataset. The last such report available on OHSS's website is from November 2024. | Declaration of Graeme Blair ("Blair Decl.") ¶ 8. |
| 6. Data users, including journalists, have been able to track changes in immigration enforcement policies and practices using individual-level data. | Blair Decl. ¶ 6. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 7. Using a case-level dataset on immigration court cases published by the Executive Office of Immigration Review ("EOIR"), the New York Times published a report on the impact of the recent firing of immigration judges on immigration court cases. The report calculated asylum grant rates for each immigration judge and showed that those rates had been cut in half under the Trump administration. The report also found that the decline in asylum grant rates persisted after adjusting for individual case characteristics, such as date of entry, nationality, and detention status. | Blair Decl. ¶ 6. |
| 8. The New York Times report was only possible to create using the case-level EOIR data because EOIR does not publish any aggregate statistics by judge. | Blair Decl. ¶ 6. |
| 9. Plaintiff Graeme Blair is a professor of political science at UCLA. He co-directs the Deportation Data Project, which collects, analyzes, and posts public, anonymized U.S. government immigration datasets from federal agencies. | Blair Decl. ¶¶ 3–4. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 10. The Deportation Data Project has obtained and posted individual-level immigration datasets, including those produced under the Freedom of Information Act ("FOIA"). | Blair Decl. ¶¶ 4. |
| 11. Federal government agencies regularly disclose large, individual-level datasets, with some including hundreds of data fields, to the public without releasing specific fields containing Personally Identifiable Information ("PII"). | Blair Decl. ¶ 7. |
| 12. Each month, EOIR posts anonymized case-level data on immigration court cases from the last several decades on its website. | Blair Decl. ¶ 7.a. |
| 13. EOIR releases the case-level data because "EOIR has received at least three FOIA requests for this information." | Blair Decl. ¶ 7.a. |
| 14. Each month, the Executive Office for United States Attorneys posts anonymized case-level data on federal prosecutions on its website "in response to monthly requests under the Freedom of Information and Privacy Acts." | Blair Decl. ¶ 7.b. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 15. The Bureau of Justice Statistics publishes anonymized individual-level data on crimes, including information about individuals arrested for crimes and victims of crimes. | Blair Decl. ¶ 7.c. |
| 16. There are numerous examples of federal government agencies publishing anonymized individual-level data, including the Department of Labor's Wage and Hour Division compliance dataset, Small Business Administration's dataset on the Paycheck Protection Program, the Department of Veterans Affairs All Employee Survey, the Federal Emergency Management Agency's applicant-level data for individuals and households receiving disaster assistance, and the Center for Medicare and Medicaid Services dataset on the Medicare Current Beneficiary Survey. | Blair Decl. ¶ 7. |
| 17. On October 10, 2025, Plaintiff submitted a request under FOIA to the Department of Homeland Security ("DHS") seeking "*all nonexempt* categories of records in the PERSIST dataset." | Declaration of Amber Qureshi ("Qureshi Decl.") Ex. 1; Blair Decl. ¶ 13. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 18. Plaintiff's FOIA request stated that it "does not seek any information that could reasonably lead to the identification of an individual. More specifically, the request does *not* seek any personally identifying information, such as name, identifying numbers, address, or date of birth, nor does it seek information that could indirectly lead to identification, such as information identifying a specific place of study or employer." | Qureshi Decl. Ex. 1; Blair Decl. ¶ 13. |
| 19. In his request, Plaintiff asked that DHS produce the "[o]ne-time person-level identifier" contained within the Persist dataset. | Qureshi Decl. Ex. 1. |
| 20. This unique person-level identifier would allow users of the data to group enforcement events that concern the same individuals without revealing those individuals' names or identities. | Blair Decl. ¶ 12. |
| 21. DHS failed to produce any responsive records or to explain its basis for withholding records before Plaintiff filed suit on January 15, 2026. | Compl. (ECF No. 1) ¶¶ 22–23; Answer ¶¶ 22–23; Qureshi Decl. ¶ 4. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 22. On February 11, 2026, and February 13, 2026, counsel for the parties conferred (via videoconference and email) about Plaintiff's FOIA Request. DHS represented to Plaintiff that it intended to release the data requested, including the unique person-level identifier, within 45 non-furlough working days. | Qureshi Decl. ¶ 5. |
| 23. In May 2026, DHS informed Plaintiff for the first time that it intended not to provide the requested records to Plaintiff. | Qureshi Decl. ¶ 6. |
| 24. Plaintiff asked DHS to share the list of fields contained within the Persist dataset, but DHS refused. | Qureshi Decl. ¶ 7. |
| 25. On its website titled "Arrested: Worst of the Worst" (https://www.dhs.gov/wow), DHS has publicly released full names and photographs of over 35,000 individuals arrested by U.S. Immigration and Customs Enforcement ("ICE"). | Blair Decl. ¶¶ 15–16. |
| 26. DHS has issued public press releases and social media posts containing names and photographs of individuals arrested for immigration law violations. | Blair Decl. ¶ 17. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 27. News organizations have reported on inaccuracies in DHS's "Worst of the Worst" website (https://www.dhs.gov/wow) and social media posts identifying individuals who have been arrested by ICE. | Blair Decl. ¶¶ 18–19. |
| 28. According to a report by CNN, DHS admitted that its "Worst of the Worst" website (https://www.dhs.gov/wow) "was filled with inaccuracies." | Blair Decl. ¶¶ 18–19. |
| 29. Reidentification of individuals in an anonymized dataset is possible only if a separate public data source exists that includes the anonymized attributes in the dataset that narrow the dataset to a single individual and the person's actual identity. | McCartan Decl. ¶ 9. |
| 30. There are no public datasets that contain specifics of each individual's immigration case and the individual's name or other identifying information. | McCartan Decl. ¶¶ 10-11. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 31. After removal of any PII and other detailed information that could indirectly lead to identification from the Persist dataset, members of the public who do not have information about the specifics of an individual's immigration case could not reidentify the individual from anonymized individual-level data within the Persist dataset. | McCartan Decl. ¶ 10. |
| 32. Modern computational and statistical methods may make it faster to attempt reidentification, but no method can generate data sources that do not exist. | McCartan Decl. ¶ 11. |
| 33. Large-scale reidentification is unlikely from anonymized individual-level data within the Persist dataset after removal of any PII and other detailed information that could indirectly lead to identification. | McCartan Decl. ¶ 10. |
| 34. The 2019 study referenced in Defendant's Statement of Facts Nos. 21–22 analyzed a dataset containing detailed demographic information that Plaintiff does not seek in his FOIA request. | McCartan Decl. ¶ 11; Blair Decl. ¶ 13; Qureshi Decl., Ex. A. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 35. The 2019 article referenced in Defendant’s Statement of Facts Nos. 21–22 was written before the development and release of generative AI models such as ChatGPT. | McCartan Decl. ¶ 11. |
| 36. Plaintiff attached to his FOIA request a list of 125 media articles citing individual-level immigration enforcement data released to the public by the Deportation Data Project. The list contained articles from various news organizations including CBS News, Bloomberg, New York Times, Washington Post, Los Angeles Times, and NPR. | Qureshi Decl. Ex. 1. |
| 37. The Persist dataset is an individual-level dataset that tracks the full lifecycle of immigration cases and combines data from distinct agencies into a single dataset. | Blair Decl. ¶ 10. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 38. Disclosure of the Persist dataset would allow users of the data to track immigration enforcement actions and outcomes across agencies, which is not possible with currently available data. For example, if the Persist dataset was released to the public, it would be the only data source to allow the public to analyze how likely people granted bond by an Immigration Judge were to in fact be released by ICE; how long individuals apprehended by U.S. Customs and Border Protection and transferred to ICE custody were held in detention; and how frequently individuals ordered removed by an Immigration Judge were in fact deported by ICE. | Blair Decl. ¶ 11. |
| 39. OHSS's "mission is to foster transparency and data-driven homeland security decision-making by analyzing and disseminating timely, objective Department of Homeland Security (DHS) data and statistics." | Blair Decl. ¶ 9. |

| Uncontroverted Fact | Supporting Evidence |
|---|---|
| 40. U.S. Customs and Border Protection's website contains a map that shows the number of apprehensions by Border Patrol Sector and OFO Field Office. | Blair Decl. ¶ 20. |
| 41. The White House has published a webpage (aliens.gov) on which it includes city-by-city information on each ICE arrest. | Blair Decl. ¶ 21. |

Dated: August 6, 2026

Respectfully submitted,

LAW OFFICE OF AMBER QURESHI, LLC
HOQ LAW APC

By: */s/ Amber Qureshi*
AMBER QURESHI
Attorneys for Plaintiff